## (May 26, 1958)

■ S. CREMONA & CO., INC., Respondent, v. CHARLES L. DELL et al., Appellants.— Motion to compel respondent's attorney to accept the notice of appeal which was served on him on February 4, 1958, and which he thereafter returned on the ground that it was untimely. Appellants contend that they were not served with a proper notice of entry of the judgment from which they seek to appeal, because no notice of entry was indorsed upon the cover of said paper and the letter of transmittal that accompanied it was inadequate. Said letter stated: " Enclosed herewith please find copy of findings and judgment roll re the above matter, all of which were duly signed and filed in the office of the Clerk of the City Court of Yonkers on December 20, 1957." Motion denied, without costs. In our opinion, said notice of entry was sufficient (Civ. Prac. Act, § 612; *Matter of Downey,* 275 App. Div. 1008; 8 Carmody-Wait on New York Practice, pp. 581–582). Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of ANONYMOUS No. 6, Petitioner, against GEORGE A. ARKWRIGHT, as Justice of the Supreme Court, Respondent.— Proceeding to review a determination adjudging petitioner, a licensed private detective and investigator, guilty of a criminal contempt for refusing to answer questions at a judicial inquiry, and imposing punishment. Refusal to answer was on the sole ground that petitioner's attorney was not permitted to be present in the hearing room during the interrogation. Petitioner contends that special facts distinguish this proceeding from *Matter of Anonymous (M.)* v. *Arkwright* (5 A D 2d 790, motion for leave to appeal denied 4 N Y 2d 676) and *Matter of Anonymous (S.)* v. *Arkwright* (5 A D 2d 792) in that petitioner, prior to being called to testify, was informed that he was being called not merely as a witness but that he was being investigated and that sufficient evidence was already available to warrant presentation thereof to a Grand Jury or District Attorney. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of ANONYMOUS No. 7, Petitioner, against GEORGE A. ARKWRIGHT, as Justice of the Supreme Court, Respondent.— Proceeding to review a determination adjudging petitioner, a licensed private detective and investigator, guilty of a criminal contempt for refusing to answer questions at a judicial inquiry, and imposing punishment. Refusal to answer was on the sole ground that petitioner's attorney was not permitted to be present in the hearing room during the interrogation. Petitioner contends that special facts distinguish this proceeding from *Matter of Anonymous* v. *Arkwright* (5 A D 2d 790) and *Matter of Anonymous* v. *Arkwright* (5 A D 2d 792, motion for leave to appeal denied in both proceedings 4 N Y 2d 676) in that petitioner, prior to being called to testify, was informed that he was being called not merely as a witness but that he was being investigated and that sufficient evidence was already available to warrant presentation thereof to a Grand Jury or District Attorney. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.